PROB 12C
(6/16)

Report Date: December 19, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tawny M. Rhodes                Case Number: 0980 2:11CR00101-SMJ-1

Address of Offender:                             Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: March 8, 2012

| | | |
|---|---|---|
| Original Offense: | Manufacture of Counterfeit Currency, 18 U.S.C. § 471 | |
| Original Sentence: | Prison - 92 months<br>TSR - 24 months | Type of Supervision: Supervised Release |
| Resentenced:<br>(09/23/2015) | Prison- 84 months<br>TSR- 24 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: March 27, 2018 |
| Defense Attorney: | Federal Defenders's Office | Date Supervision Expires: March 26, 2020 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/17/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #20:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ms. Rhodes was in direct violation of special condition number 20 by failing to submit to urinalysis testing on December 11 and 13, 2018. She also admitted to using heroin on December 11, 2018. She signed a drug use admission form for illegal drug use.<br><br>On March 29, 2018, Ms. Rhodes was given a copy of her judgment and her conditions of supervision were explained to her. She reported she understood each condition.<br><br>On December 10, 2018, the undersigned officer instructed Ms. Rhodes to call Pioneer Human Services urine testing hotline. If the color BROWN 2 was called, she was to report |

Prob12C
**Re: Rhodes, Tawny M.**
**December 19, 2018**
**Page 2**

to Pioneer Humans Services and supply a urine sample. On December 11 and 13, 2018, the color BROWN 2 was called and Ms. Rhodes failed to supply a urine sample.

On December 14, 2018, she reported to the United States Probation Office. This officer questioned Ms. Rhodes regarding the missed urine samples. She forgot to start calling for her color. Ms. Rhodes was very honest with this officer and stated she used a small amount of heroin on December 11, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/19/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

12/20/2018
Date