Report Date:  February 6, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Feb 06, 2019

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tawny M. Rhodes          Case Number: 0980 2:11CR00101-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr.,  U.S. District Judge

Date of Original Sentence: March 8, 2012

| | | |
|---|---|---|
| Original Offense: | Manufacture of Counterfeit Currency, 18 U.S.C. § 471 | |
| Original Sentence: | Prison - 92 months<br>TSR - 24 months | Type of Supervision: Supervised Release |
| Resentence:<br>(09/23/2015) | Prison- 84 months<br>TSR- 24 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: March 27, 2018 |
| Defense Attorney: | J Houston Goddard | Date Supervision Expires: March 26, 2023 |

## PETITIONING THE COURT

To **issue a warrant** and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/13/2018, 12/19/2018 and 1/24/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #22**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able. |

**Supporting Evidence**: Ms. Rhodes is in direct violation of special condition number 22 by being unsuccessfully discharged from Spokane Addiction Recovery Center (SPARC) on February 6, 2019.

On January 23, 2019, Ms. Rhodes signed a modification form to incorporate the above-referenced condition into her existing conditions. She understood what was expected of her.

On February 6, 2019, the undersigned officer received a call from her counselor at SPARC who stated that Ms. Rhodes was being unsuccessfully discharged from inpatient treatment because she failed to follow the program rules and regulations. She cited that Ms. Rhodes

disclosed smoking within the facility when she was not supposed to. There were allegations from numerous clients that Ms. Rhodes' behavior was very aggressive and intimidating. Due to Ms. Rhodes' behavior and choice to not follow the rules, she was unsuccessfully discharged from inpatient services on February 6, 2019.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/06/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

02/06/2019
Date